# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPAMIES, LLC, *et al.*,<br><br>                Plaintiff,<br><br>                vs.<br><br>MGM RESORTS INTERNATIONAL d/b/a MANDALAY BAY RESORT,<br><br>                Defendant. | Adversary Proceeding<br>Case No. 19-50853 (BLS) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss
COUNTY OF NASSAU    )

I, Alison Moodie, being duly sworn, depose and state:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

1.  I am a Senior Case Manager with Epiq Class Action and Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 1985 Marcus Ave Ste 200 Lake Success NY 11042.

2.  On June 8, 2020 at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to the Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, I caused a true and correct copy of the **Notice of Withdrawal and Stipulation to Extend Deadline to Answer the Complaint** [Adv. Docket No. 15] to be served by email on the parties identified on Exhibit A annexed hereto (Defendant's Counsel).[3]

/s/ Alison Moodie
Alison Moodie

Sworn to before me this
10th day of June, 2020
*/s/ Diane M. Streany*
Notary Public, State of New York No.
01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

---

[2] Epiq Class Action and Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

[3] The envelopes used for service on the parties in Exhibit A included a legend, which stated: "Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent."

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| COOPER LEVENSON, P.A | ATTN ERIC A BROWNDORF ESQ | 1125 ATLANTIC AVE 3RD FL. | | | ATLANTIC CITY | NJ | 08401 | ebrowndorf@cooperlevenson.com |
| COOPER LEVENSON, P.A | ERIN K. BRIGNOLA | 30 FOX HUNT DRIVE | | | BEAR | DE | 19701 | ebrignola@cooperlevenson.com |