# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>        Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee or the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC,I *et al.*,<br><br>        Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL d/b/a MANDALAY BAY RESORT,<br><br>        Defendant. | **Adv. Proc. No. 19-50853 (BLS)** |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please enter the appearance of EDWARD A. CORMA, ESQ., as Delaware counsel for MGM Resorts International in substitution of ERIN K. BRIGNOLA, ESQ.

                                      COOPER LEVENSON, P.A.

Dated: 8/10/2020                       By: /s/Edward A. Corma_____
                                                EDWARD A. CORMA, ESQ. (DE 6718)
                                                30 Fox Hunt Drive
                                                Bear, DE 19701
                                                (302) 838-2600
                                                ecorma@cooperlevenson.com

CLAC 5483989.1

                         **COOPER LEVENSON, P.A.**

Dated: 8/10/2020         By:   /s/ Erin K. Brignola
                                      Erin K. Brignola, Esq. (DE 2723)
                                      30 Fox Hunt Drive
                                      Bear, DE 19701
                                      (302) 838-2600
                                      ebrignola@cooperlevenson.com

                                      By:   /s/ Eric A. Browndorf
                                      Eric A. Browndorf, Esq. (*Pro Hac Vice*)
                                      1125 Atlantic Ave. – 3rd Floor
                                      Atlantic City, NJ 08401
                                      (609) 344-3161
                                      ebrowndorf@cooperlevenson.com

                                      *Attorneys for Defendant Mandalay Bay, LLC d/b/a Mandalay Bay Resort & Casino*